**ZULCO INTERNATIONAL, INC., Appellant,**

v.

**Robert M. GATES, Secretary of Defense, Appellee.**

No. 2008–1268.

United States Court of Appeals, Federal Circuit.

Sept. 24, 2008.

Elizabeth M. Hosford, Department of Justice, Washington, DC, for Appellee.

ON MOTION

*ORDER*

The court notes that counsel for Zulco International, Inc. has not entered an appearance as required by the court's May 22, 2008 order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay of briefing is lifted and the appeal is dismissed.

(2) Each side shall bear its own costs.